# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2129 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | No. 13 DB 2015 |
| | : | |
| MARY ELISE WILLCOX, | : | Attorney Registration No. 60303 |
| Respondent | : | (Montgomery County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 4th day of February, 2015, there having been filed with this Court by Mary Elise Willcox her verified Statement of Resignation dated January 20, 2015, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Pa.R.D.E. 215, it is

ORDERED that the resignation of Mary Elise Willcox is accepted; she is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and she shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).